UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOSE CORTEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 3:16-CV-1397-GCS |
| | ) |
| DR. SOLOMON APOSTOL, | ) |
| JEANNE CAMPANELLA, | ) |
| and PENNY GEORGE | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM and ORDER**

**SISON, Magistrate Judge:**

Now before the Court is an April 14, 2020 pleading filed by Cortez titled "For # [106] Motion for Short Statement" (Doc. 114). Included in this pleading, Cortez requests a "Motion of a Court Order Plaintiff request the Court if Possible to File a Court Order for Money Voucher I had filed for a payment of $100.00" (Doc. 114, p. 2). After reviewing the pleading, the Court construes this pleading as a motion for leave to proceed in forma pauperis on appeal.

A federal court may permit a party to proceed on appeal without full pre-payment of fees provided the party is indigent and the appeal is taken in good faith. *See* 28 U.S.C. § 1915(a)(1) & (3); FED. R. APP. PROC. 24(a)(3)(A). *See also Walker v. O'Brien*, 216 F.3d 626, 630-631 (7th Cir. 2009). An appeal is taken in good faith if it seeks review of an issue that is not clearly frivolous, meaning that a reasonable person could suppose it to have at least some legal merit. *See Walker*, 216 F.3d at 632 (citing *Lee v. Clinton*, 209 F.3d 1025, 1026 (7th

Cir. 2000)). The motion to proceed IFP must be supported by an affidavit that shows the party's inability to pay or to give security for fees and costs, claims an entitlement to redress, and states the issues that the party intends to present on appeal. *See* FED. R. APP. PROC. 24(a)(1).

First, the Court is not satisfied that Cortez is indigent. Cortez did not submit his trust fund statement and his pleading indicates that he would like an order from the Court for a $100.00 money voucher for this case and for another case, 20-0147-NJR, pending in this Court. The undersigned contacted the Financial Department regarding the status of the filing fees in this case and the appeal and determined that the filing fee for this case has been paid in full, but Cortez has not paid any money towards the appellate filing fee.

Accordingly, the Court **DENIES** Cortez's April 14, 2020 pleading, which the Court construes as a motion for leave to proceed in forma pauperis on appeal (Doc. 114). Cortez is instructed that he has 30 days from service of this Order to reapply to the Seventh Circuit Court of Appeals for leave to proceed *in forma pauperis* on appeal. *See* FED. R. APP. PROC. 24(a)(5).

**IT IS SO ORDERED**.

DATED: April 15, 2020.

Digitally signed by Judge Sison
Date: 2020.04.15 12:00:58 -05'00'

_____
**GILBERT C. SISON**
**United States Magistrate Judge**